UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PATRICK ESLICK,<br><br>      Plaintiff,<br><br> v.<br><br>STATE OF WASHINGTON; JASON P. AEBISCHER; GRANT COUNTY, WASHINGTON; ANNA GIGLIOTTI; CITY OF MOSES LAKE, WASHINGTON; TRAVIS RUFFIN; and JOSE PEREZ,<br><br>      Defendants. | NO. 2:21-CV-0282-TOR<br><br>ORDER DENYING MOTION TO REVISIT APPOINTMENT OF COUNSEL |

BEFORE THE COURT is Plaintiff's Motion to Revisit Appointment of Counsel (ECF No. 26).  The Court has reviewed the record and files herein and is fully informed.  For the reasons discussed below, Plaintiff's Motion is DENIED.

Plaintiff, proceeding *pro se* and *in forma pauperis*, moves the Court to revisit appointment of counsel.  Generally, a person has no right to counsel in civil actions.  However, the court has discretion to request counsel pursuant to 28

ORDER DENYING MOTION TO REVISIT APPOINTMENT OF COUNSEL~ 1

U.S.C. § 1915(e)(1) under "exceptional circumstances." *Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir. 2009). The court may only request attorneys to represent impoverished litigants, rather than command them to take cases, and there is no compensation available for them. *Mallard v. U.S. Dist. Court for S. Dist. of Iowa*, 490 U.S. 296, 302, & n.3 (1989). "When determining whether 'exceptional circumstances' exist, a court must consider 'the likelihood of success on the merits as well as the ability of the petitioner to articulate his claims *pro se* in light of the complexity of the legal issues involved." *Palmer*, 560 F.3d at 570 (quoting *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983)).

Plaintiff seeks money damages and has apparently contacted numerous attorneys who will not take his case. ECF No. 15. Plaintiff has not demonstrated that exceptional circumstances justify appointment of *pro bono* counsel.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Plaintiff's Motion to Revisit Appointment of Counsel (ECF No. 26) is **DENIED**.

The District Court Executive is directed to enter this Order and furnish copies to counsel.

DATED November 22, 2021.



THOMAS O. RICE
United States District Judge

ORDER DENYING MOTION TO REVISIT APPOINTMENT OF COUNSEL ~ 2