AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 08, 2022**

SEAN F. McAVOY, CLERK

PATRICK L. ESLICK,
*Plaintiff*

v.

STATE OF WASHINGTON and
JASON P. AEBISCHER,
*Defendant*

Civil Action No. 2:21-CV-0282-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' Motion for Summary Judgment (ECF No. 64) is GRANTED. Plaintiff's federal claims against Defendants are DISMISSED with prejudice. Plaintiff's state claims against Defendants are DISMISSED without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE
on Defendants' Motion for Summary Judgment (ECF No. 64).

Date: November 8, 2022

*CLERK OF COURT*

SEAN F. McAVOY

*s/ B. Fortenberry*
*(By) Deputy Clerk*

B. Fortenberry